[No. 32400-4-I.  Division One.  June 2, 1993.]

*In the Matter of the Personal Restraint of*
TIMOTHY ROBERT BARCLAY, *Petitioner.*

Petition for relief from personal restraint. *Granted* by unpublished per curiam opinion.

[No. 11915-7-III.  Division Three.  June 3, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. LARRY R.
MENDE, *Appellant.*

Appeal from a judgment of the Superior Court for Grant County, No. 91-1-00091-6, Evan E. Sperline, J., entered August 30, 1991. *Affirmed* by unpublished opinion per Thompson, A.C.J., concurred in by Munson and Sweeney, JJ.

[No. 11865-7-III.  Division Three.  June 3, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. CAROLINE
BRISBOIS, *Appellant.*

Appeal from a judgment of the Superior Court for Klickitat County, No. 91-1-00040-1, David R. Draper, J., entered September 6, 1991. *Affirmed* by unpublished opinion per Shields, C.J., concurred in by Munson and Sweeney, JJ.

[No. 12040-6-III.  Division Three.  June 3, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. JENNY
HALL, *Appellant.*

Appeal from a judgment of the Superior Court for Okanogan County, No. 91-1-00163-2, David S. Edwards, J. Pro Tem., entered October 16, 1991. *Affirmed* by unpublished opinion per Shields, C.J., concurred in by Munson and Sweeney, JJ.